IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR75 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM M. ROGERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the findings and recommendations of the magistrate judge (Filing No. 38), in which the magistrate judge recommends that defendant's motion to suppress (Filing No. 25) and amended motion to suppress (Filing No. 26) should be denied. The Court has reviewed the transcript of the evidence received by the magistrate judge (Filing No. 39), and notes no objections have been filed thereto. Accordingly,

IT IS ORDERED:

1) The findings and recommendations of the magistrate judge are approved and adopted.

2) The motion and amended motion to suppress are denied.

3) Trial of this matter is scheduled for:

**Tuesday, September 18, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  This will give the parties time to pursue plea negotiations or prepare for trial, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between July 31, 2012, and September 12, 2012, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court